UNITED STATES of America, Plaintiff–Appellee,

v.

Ivan Julian STEVENSON, a/k/a Issac, a/k/a Ike, Defendant–Appellant.

No. 01–7490.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 8, 2001.

Decided Nov. 20, 2001.

Ivan Julian Stevenson, pro se. Robert Paul Crouch, Jr., United States Attorney, Thomas Jack Bondurant, Jr., Assistant United States Attorney, Ruth Elizabeth Plagenhoef, Assistant United States Attorney, Roanoke, VA, for appellee.

Before WILKINS, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

Ivan Julian Stevenson seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001) and denying his motion to alter or amend judgment. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Stevenson,* Nos. CR–93–30025–3; CA–01–495–7 (W.D.Va. July 9, 2001; Aug. 7, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*